UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WALTER LEE JONES-BEY,

        Plaintiff,

                           Case No.  05-72817

v.                       District Judge Denise Page Hood
                           Magistrate Judge R. Steven Whalen


MICHIGAN DEPARTMENT OF,
CORRECTIONS, et al.,

        Defendants.
_____/

**ORDER**

      The Court having filed a Report and Recommendation regarding Defendants'

Motion for Summary Judgment, Plaintiff's Motion to Defer Ruling on Motion for

Summary Judgment Until Further Discovery is Completed [Docket #28] is DENIED.

      SO ORDERED.

                        S/R.  Steven Whalen_____
                        R.  STEVEN WHALEN
                        UNITED STATES MAGISTRATE JUDGE


Dated:  August 21, 2006


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on August 21, 2006.


                        S/G.  Wilson_____
                        Judicial Assistant