UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER LEE JONES-BEY,

    Plaintiff,

        Case No. 05-72817

v.        District Judge Denise Page Hood
        Magistrate Judge R. Steven Whalen

MICHIGAN DEPARTMENT OF,
CORRECTIONS, et al.,

    Defendants.
                             /

**ORDER**

An individual who identifies himself as "Non-Party Plaintiff" Michael R. Santiago, Sr. has filed a motion for finding of contempt [Docket #83], a "Non-Party Plaintiff's Affidavit in Support" [Docket #84], a second motion for finding of contempt [Docket #85], and a second affidavit in support [Docket #86].

There is no such thing as a "non-party plaintiff." Indeed, the term itself is an oxymoron. Mr. Santiago is not a party to this action, and has no standing to file motions or any other documents.

Accordingly, the two motions for finding of contempt [Docket #83 and #85] and the two affidavits in support [Docket #84 and #86] are hereby STRICKEN.

SO ORDERED.

                    S/R. Steven Whalen
                    R. STEVEN WHALEN
                    UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 11, 2008.

                    S/G. Wilson
                    Judicial Assistant