UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER LEE JONES-BEY,

    Plaintiff,

Case No. 05-72817

v.

District Judge Denise Page Hood
Magistrate Judge R. Steven Whalen

MICHIGAN DEPARTMENT OF,
CORRECTIONS, et al.,

    Defendants.
_____/

**ORDER**

Before the Court are motions filed by non-parties Michael Marr [Docket #65], Richard Boone II [Docket #71 and 73], and Albert Walker [Docket #72] regarding the enforcement of this Court's preliminary injunction entered on September 28, 2006 [Docket #46].

At present, Messrs. Marr, Boone, and Walker are not a parties to this action and have no standing to file motions or any other documents. Further, on September 28, 2007, the Honorable Denise Page Hood issued an order [Docket #77] adopting the undersigned's recommendation that "Defendants have established that they are entitled to ban material which may promote criminal activity, on the obvious basis that it is reasonably related to a legitimate penological interest[]." *Docket #74* at 6 (internal citations omitted). Because the present procedural and injunctive requests pertain to arguments since considered and

-1-

rejected by the district court, these filings are also futile. Accordingly, Docket #65, 71, 72, and 73 are STRICKEN.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: February 28, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 28, 2008.

S/G.Wilson
Judicial Assistant